UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GARY D. ARONSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 1:11-CV-11492-NMG |
| | ) |
| ADVANCED CELL TECHNOLOGY, INC. | ) |
| AND WILMINGTON TRUST, N.A. AS | ) |
| SPECIAL ADMINISTRATOR OF THE | ) |
| ESTATE OF WILLIAM MACKAY | ) |
| CALDWELL | ) |
| Defendants. | ) |
| | ) |

**MOTION TO FILE REPLY BRIEF**

Pursuant to Local Rule 7.1(b)(3) and the Scheduling Order entered in this case,

Defendant Wilmington Trust, N.A. ("Wilmington Trust") as Administrator with Will Annexed of

the Estate of William Mackay Caldwell, IV, Deceased hereby requests leave of court to file a

reply brief to plaintiff's Opposition to Wilmington Trust's Motion to Dismiss.  On December 30,

2011, the Court granted the parties' Joint Motion to Set a Briefing Schedule (Doc. 24), which set

the reply brief deadline of February 9, 2012, and noted on the docket that replies shall be filed

with leave of court.  Wilmington Trust believes that a reply brief would be useful to the Court in

resolving Wilmington Trust's Motion to Dismiss.

WHEREFORE, Wilmington Trust respectfully requests that this Court grant leave for

Wilmington Trust to file a reply brief.

Dated: February 6, 2012

Respectfully submitted,

/s/      Stuart M. Glass
Brenda R. Sharton (BBO # 556909)
Stuart M. Glass (BBO # 641466)
Ai Tajima (BBO # 669182)
Goodwin Procter LLP
53 State Street
Boston, MA 02109
Tel:  617-570-1000
Fax:  617-523-1231

**Attorneys for Defendant Wilmington
Trust , N.A. As Administrator with Will
Annexed of the Estate of William Mackay
Caldwell, IV, Deceased**

## LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE

I, Stuart Glass, hereby certify that counsel for the parties conferred concerning the subject of this motion, and counsel for Plaintiffs assented to the relief requested herein, as reflected in the Joint Motion to Set a Briefing Schedule filed on December 29, 2011.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 6, 2012.

Dated: February 6, 2012

/s/ Stuart M. Glass