UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY D. ARONSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADVANCED CELL TECHNOLOGY, INC. AND WILMINGTON TRUST, N.A. AS SPECIAL ADMINISTRATOR OF THE ESTATE OF WILLIAM MACKAY CALDWELL,<br><br>　　　　Defendants. | Civil Action No. 11-11492-NMG |

## NOTICE OF APPEARANCE OF JAMES O. FLECKNER

Pursuant to Local Rule 83.5.2(a), please enter the appearance of James O. Fleckner of Goodwin Procter LLP as on of the counsel of record for the Defendant Wilmington Trust, N.A. As Administrator with Will Annexed of the Estate of William Mackay Caldwell, IV, Deceased ("Wilmington Trust"), in the above-captioned matter.

LIBA/2271785.1

Dated: March 16, 2012

Respectfully submitted,

/s/ James O. Fleckner
James O. Fleckner (BBO # 641494)
jfleckner@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Tel:  617-570-1000
Fax:  617-523-1231

Attorney for Defendant Wilmington Trust, N.A. As Administrator with Will Annexed of the Estate of William Mackay Caldwell, IV, Deceased

## CERTIFICATE OF SERVICE

I, James O. Fleckner, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on March 16, 2012.

/s/ James O. Fleckner