UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY D. ARONSON,<br>            Plaintiff,<br>    v.<br>ADVANCED CELL TECHNOLOGY, INC.<br>AND WILMINGTON TRUST, N.A. AS<br>SPECIAL ADMINISTRATOR OF THE<br>ESTATE OF WILLIAM MACKAY<br>CALDWELL,<br>            Defendants.<br>JOHN S. GORTON AS TRUSTEE OF THE<br>JOHN S. GORTON SEPARATE PROPERTY<br>TRUST, DATED 3/3/1993,<br>            Plaintiff,<br>    v.<br>ADVANCED CELL TECHNOLOGY, INC.<br>AND WILMINGTON TRUST, N.A. AS<br>SPECIAL ADMINISTRATOR OF THE<br>ESTATE OF WILLIAM MACKAY<br>CALDWELL,<br>            Defendants. | Civil Action Nos. 11-11492-NMG<br>                       11-11515-NMG |

**WILMINGTON TRUST'S JOINDER IN ADVANCE CELL TECHNOLOGY, INC.'S OPPOSITION TO ARONSON'S MOTION FOR LEAVE TO FILE <u>SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE</u>**

Defendant Wilmington Trust, N.A. ("Wilmington Trust") as Administrator with Will Annexed of the Estate of William Mackay Caldwell, IV, Deceased hereby joins in Advanced Cell Technology, Inc's ("ACT") Opposition to Aronson's Motion for Leave to File Supplemental Request for Judicial Notice (Dkt. No. 44). On its face, Aronson's Motion (Dkt. No. 43) is addressed to ACT's Motion to Dismiss only. To the extent that Aronson's Motion is also intended to address Wilmington Trust's Motion to Dismiss, Wilmington Trust joins in ACT's Opposition and incorporates all of ACT's arguments herein. Wilmington Trust further

states that Aronson did not confer with Wilmington Trust before filing his Motion as required by L.R. 7.1(a)(2).

Dated: June 11, 2012                                    Respectfully submitted,

                                                        /s/ James O. Fleckner
                                                        Brenda R. Sharton (BBO # 556909)
                                                        James O. Fleckner (BBO #641494)
                                                        Ai Tajima (BBO # 669182)
                                                        Goodwin Procter LLP
                                                        53 State Street
                                                        Boston, MA 02109
                                                        Tel:  617-570-1000
                                                        Fax:  617-523-1231

                                                        **Attorneys for Defendant Wilmington Trust , N.A. As Administrator with Will Annexed of the Estate of William Mackay Caldwell, IV, Deceased**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 11, 2012.

Dated: June 11, 2012                                    /s/ James O. Fleckner