UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY D. ARONSON, )<br>)<br>Plaintiff, )<br>v. )<br>) <br>ADVANCED CELL TECHNOLOGY, INC., )<br>et al., )<br>)<br>Defendants. )<br>and )<br>)<br>JOHN S. GORTON, AS TRUSTEE OF THE )<br>JOHN S. GORTON SEPARATE PROPERTY )<br>TRUST, DATED 3/3/1993, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ADVANCED CELL TECHNOLOGY, INC., )<br>et al., )<br>)<br>Defendants. ) | CIVIL ACTION<br>NO. 11-11492-NMG<br><br><br><br><br><br><br><br><br><br><br><br>CIVIL ACTION<br>NO. 11-11515-NMG |

**REPORT AND RECOMMENDATION
ON DEFENDANTS' MOTIONS TO DISMISS**

July 16, 2012

DEIN, U.S.M.J.

**I. INTRODUCTION**

These consolidated actions arise out of Warrants to Purchase Securities (the

"Warrant Agreements"), which the defendant, Advanced Cell Technology, Inc. ("ACT"),

issued to the plaintiffs, Gary D. Aronson ("Aronson") and John S. Gorton, as Trustee of

*Because of the coincidence and uncommonness of the names of one of the plaintiffs and the presiding judicial officer, the parties are advised that said judicial officer is neither related to nor acquainted with that plaintiff. After consideration of plaintiffs' objections thereto (Docket No. 48), Report and Recommendation is accepted and adopted.   NMGorton, USDJ 9/28/12*