UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
GARY D. ARONSON, et al.,                         :
                                                 :   No. 1:11-CV-11492-NMG
      Plaintiffs,                              :
                                                 :   (Consolidated with No.
      v.                                       :   1:11-CV-11515-NMG)
                                                 :
ADVANCED CELL TECHNOLOGY, INC.,                  :
                                                 :
      Defendant.                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ADVANCED CELL TECHNOLOGY'S
ASSENTED-TO MOTION TO EXTEND TIME TO
RESPOND TO SECOND AMENDED COMPLAINTS**

Defendant, Advanced Cell Technology, Inc. ("ACT"), through its undersigned counsel, moves this Court for a short extension of time to respond to the Second Amended Complaints filed by Plaintiffs Gary Aronson and John Gorton, as trustee, Fed. R. Civ. P. 6(b), and as good cause states as follows:

1.     Mr. Aronson filed his Second Amended Complaint, with leave of the Court, on November 9, 2012 (ECF No. 59).  Mr. Gorton filed his substantively similar Second Amended Complaint, also with leave of the Court, on November 12, 2012 (ECF No. 60).  Thus, all things being equal, ACT's answers or preliminary motions in response to Plaintiffs' Second Amended Complaints would be due on November 23 and November 26, 2012.  Fed. R. Civ. P. 15(a)(3).

2.     ACT anticipates moving to dismiss certain counts of the Second Amended Complaints.  To reduce the volume of filings, the parties have agreed on one set of briefings to address both Plaintiffs' Second Amended Complaints.

3.     To address the different filing deadlines, and in light of the upcoming Thanksgiving holiday on Thursday, November 22, and related office closures, ACT asks that the

deadline for responding to Plaintiffs' Second Amended Complaints be extended until November 30, 2012.

    4.    Messrs. Aronson and Gorton, by their counsel, have assented to this request.

Date:  November 14, 2012               Respectfully submitted,

                                        /s/ Jonathan L. Kotlier
                                        Andrew Gendron (admitted *pro hac vice*)
                                        Matthew R. Alsip (admitted *pro hac vice*)
                                        Venable LLP
                                        750 East Pratt Street, Suite 900
                                        Baltimore, Maryland 21202
                                        T: 410-244-7400
                                        F: 410-244-7742
                                        agendron@venable.com
                                        malsip@venable.com

                                        Jonathan L. Kotlier (BBO # 545491)
                                        Benjamin L. Mack (BBO # 661590)
                                        Nutter McClennen & Fish LLP
                                        Seaport West
                                        155 Seaport Boulevard
                                        Boston, Massachusetts 02210
                                        T: 617-439-2683
                                        F: 617-310-9683
                                        jkotlier@nutter.com

                                        *Counsel for Advanced Cell Technology, Inc.*

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

      I hereby certify that counsel for defendant Advanced Cell Technology, Inc. conferred with counsel for plaintiffs Aronson and Gorton concerning the subject matter of this motion, and Aronson and Gorton have assented to the relief sought herein.

Dated:  November 14, 2012              /s/ Jonathan L. Kotlier

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on November 14, 2012, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date:  November 14, 2012                    /s/ Jonathan L. Kotlier