UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY D. ARONSON,  Plaintiff, v. ADVANCED CELL TECHNOLOGY, INC., Defendant. and JOHN S. GORTON, AS TRUSTEE OF THE JOHN S. GORTON SEPARATE PROPERTY TRUST, DATED 3/3/1993, Plaintiff, v. ADVANCED CELL TECHNOLOGY, INC., Defendant. | CIVIL ACTION NO. 11-11492-NMG  CIVIL ACTION NO. 11-11515-NMG |

**REPORT AND RECOMMENDATION ON
DEFENDANT'S PARTIAL MOTION TO DISMISS
AND ORDER ON DEFENDANT'S MOTION FOR SANCTIONS**

August 26, 2013

DEIN, U.S.M.J.

## I. INTRODUCTION

These consolidated actions arise out of Warrants to Purchase Securities (the "Warrant Agreements"), which the defendant, Advanced Cell Technology, Inc. ("ACT"), issued to the plaintiffs, Gary D. Aronson ("Aronson") and John S. Gorton, as Trustee of the John S. Gorton Separate Property Trust, Dated 3/3/1993 ("Gorton"). Under the

*after consideration of Defendants' Objection thereto (Docket No. 93) (and with assurance to all parties that this judicial officer is not related to the defendant of the same surname), Report and Recommendation is accepted and adopted.*
*NMGorton, USDJ  9/19/13*