UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GARY D. ARONSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 11-11492-NMG |
| ADVANCED CELL TECHNOLOGY, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JOHN S. GORTON, AS TRUSTEE OF THE JOHN S. GORTON SEPARATE PROPERTY TRUST, DATED 3/3/1993, | ) | CIVIL ACTION |
| | ) | NO. 11-11515-NMG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ADVANCED CELL TECHNOLOGY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, Plaintiff Gary D. Aronson, Plaintiff John S. Gorton, as Trustee of the John S. Gorton Separate Property Trust, Dated 3/3/1993, and Defendant Advanced Cell Technology, Inc., by their undersigned counsel, hereby stipulate and agree to the dismissal of these consolidated actions, and all claims asserted therein, WITH PREJUDICE, each party to bear its own costs.

Dated: 6 · 3 , 2014

Matthew Herron (specially admitted)

mherron@herronlawapc.com
herronlaw, *apc*
Diamond View Tower
350 Tenth Avenue, Suite 880 San Diego, CA
92101-8705

*Counsel for Plaintiff Gary D. Aronson*

Robert M. Steele (specially admitted)
rsteele@steelelawyer.com
Miller & Steele
3156 Vista Way, Suite 200 Oceanside, CA
92056

*Counsel for Plaintiff John S. Gorton*

Daniel C. Reiser (BBO# 638204 )
reiser@craigmacauley.com
Lauren J. Coppola (BBO# 666211)
coppola@craigmacauley.com
CRAIG AND MACAULEY
Federal Reserve Plaza
600 Atlantic A venue
Boston, MA 02210
Phone: (617) 367-9500

*Local Counsel for Plaintiffs*

Andrew Gendron (specially admitted)
agendron@venable.com
Matthew R. Alsip (specially admitted)
malsip@venable.com
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
T: 410-244-7400 / F: 410-244-7742

Jonathan L. Kotlier (BBO # 545491)
jkotlier@nutter.com
Benjamin L. Mack (BBO # 661590)
bmack@nutter.com
NUTTER MCCLENNEN & FISH LLP Seaport
West
155 Seaport Boulevard
Boston, Massachusetts 02210
T: 617-439-2683 / F: 617-310-9683

*Counsel for ACT*

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on ___July 16___, 2014.

/s/ Matthew V. Herron